UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

_____
OPTIMA STEEL INTERNATIONAL, LLC, and  :
TOYKO STEEL MANUFACTURING CO., LTD., :
                                       :
                Plaintiffs,   :   Court No. 21-00327
                                       :
           v.                   :
                                       :
UNITED STATES,                         :
                                       :
                Defendant.   :
_____:

## ORDER

Upon consideration of the defendant's motion for voluntary remand, and any response thereto, it is hereby ORDERED that the motion is granted; and it is further

ORDERED that the case is remanded to the U.S. Department of Commerce (Commerce); and it is further

ORDERED that Commerce shall file its remand redetermination with the Court by October 15, 2021; and it is further

ORDERED that all other deadlines in this case are stayed until further notice, with the exception of the status conference scheduled for November 9, 2021.

                                                /s/ Mark A. Barnett
                                                CHIEF JUDGE

Dated: New York, NY
      This   1st   day of October, 2021